# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.A. FISCHER, D.C. KING, T.P. BELSKY**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

v.

**LOGAN J. PRITZL**
**GAS TURBINE SYSTEM TECHNICIAN SECOND CLASS (E-5), U.S. NAVY**

**NMCCA 201400432**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged:** 18 September 2014.
**Military Judge:** LtCol Elizabeth Harvey, USMC.
**Convening Authority:** Commanding Officer, Naval Intermediate Maintenance Facility, Pacific Northwest, Silverdale, WA.
**Staff Judge Advocate's Recommendation:** Lt J. Sherman-Dumais, JAGC, USN.
**For Appellant:** CDR Suzanne Lachelier, JAGC, USN.
**For Appellee:** Mr. Brian Keller, Esq.

**14 May 2015**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court